177 A.3d 109

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. WIL-
LIAM D. BROWN, DEFENDANT–PETITIONER. STATE OF
NEW JERSEY, PLAINTIFF, v. NIGIL J. DAWSON, DEFEN-
DANT.

C–344 September Term 2017
079553

December 8, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–4898/5221–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is granted;
and it is further

ORDERED that the appellant may electronically serve and file
a supplemental brief on or before February 6, 2018, and respon-
dent may serve and file a supplemental brief forty-five (45) days
after the filing of appellant's supplemental submission, or, if
appellant declines to file such a submission, on or before March 23,
2018.